Larry Gerald MAYNES

v.

UNITED STATES of America.

No. 7255.

United States Court of Appeals
Tenth Circuit.

April 19, 1963.

Donald S. Molen, Denver, Colo., for appellant.

Lawrence M. Henry, U. S. Atty., and Michael C. Villano, Asst. U. S. Atty., Denver, Colo., for appellee.

Before PICKETT and SETH, Circuit Judges, and CHRISTENSEN, District Judge.

PER CURIAM.

Appeal dismissed April 19, 1963, on motion of appellant.

---

MERCANTILE NATIONAL BANK OF DALLAS, TEXAS and Berry Bros. Machinery Company

v.

W. J. BRIGGLE CONSTRUCTION CORPORATION. In the Matter of W. J. Briggle Construction Corporation.

No. 7305.

United States Court of Appeals
Tenth Circuit.

April 24, 1963.

Marvin Jones, Dallas, Tex., and W. H. Erickson, Denver, Colo., for appellants.

James Bounds, Hugo, Okl., and Joe Stamper, Antlers, Okl., for appellee.

Before PICKETT and BREITEN-STEIN, Circuit Judges.

PER CURIAM.

Appeal dismissed April 24, 1963, on motion of appellants.

---

NATIONAL INDEMNITY COMPANY, a corporation,

v.

Sallie T. MOUNT, Widow of John K. Mount, deceased.

No. 7177.

United States Court of Appeals
Tenth Circuit.

April 8, 1963.

Rucker, Tabor, Shepherd & Palmer, Tulsa, Okl., for appellant.

Little & Hoyt, Oklahoma City, Okl., for appellee.

Before MURRAH, Chief Judge, and BREITENSTEIN, Circuit Judge.

PER CURIAM.

Appeal dismissed April 8, 1963, on motion of appellant.

---

NATIONAL LABOR RELATIONS BOARD

v.

COLONY MATERIALS, INC.

No. 7196.

United States Court of Appeals
Tenth Circuit.

March 25, 1963.

Dominick L. Manoli, Assoc. Gen. Counsel, and Marcel Mallet-Prevost, Asst. Gen. Counsel, N.L.R.B., Washington, D. C., for petitioner.

Leonard L. Pickering, Albuquerque, N. M., for respondent.

Before MURRAH, Chief Judge, and SETH, Circuit Judge.

PER CURIAM.

Dismissed, without prejudice, March 25, 1963, on motion of petitioner.